Garrick L. Gallagher/Bar No. 009980
Dillon J. Steadman/Bar No. 031665
**SANDERS & PARKS, P.C.**
3030 North Third Street, Suite 1300
Phoenix, AZ  85012-3099

Firm E-mail:  minutes@sandersparks.com

Garrick L. Gallagher
  Direct Phone: 602.532.5720
  Direct Fax: 602.230.5053
  E-Mail: garrick.gallagher@sandersparks.com

Dillon J. Steadman
  Direct Phone: 602.532.5673
  Direct Fax: 602.230.5073
  E-Mail: dillon.steadman@sandersparks.com

*Attorneys for Defendant In-N-Out Burgers, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Terry Jablonski, individually, | Case No.: |
| Plaintiff, | **DEFENDANT IN-N-OUT BURGERS, INC.'S NOTICE OF REMOVAL** |
| v. | |
| In-N-Out Burgers, Inc., a foreign for-profit corporation; ABC Partnerships I-X; XYZ Corporations I-X; John Does I-X and Jane Does I-X, | |
| Defendants. | |

Pursuant to 28 U.S.C. §§ 1332(a), 1441(a) and (b), and 1446, Defendant In-N-Out Burgers, Inc. ("Defendant" or "In-N-Out") hereby removes this action from the Superior Court of Arizona, Pima County to this Court based on diversity jurisdiction.  In that regard, Defendant alleges as follows:

1.   As stated in more detail below, this case is properly removed pursuant to 28 U.S.C.

1. § 1441 because Defendant satisfied the procedural requirements for removal and because this Court possesses diversity jurisdiction over this action, which involves citizens of different States and an amount in controversy exceeding $75,000, exclusive of interest and costs. *See* 28 U.S.C. § 1332.

2. On or about April 27, 2023, Plaintiff Terry Jablonski, an individual domiciled in Pima County, Arizona, filed a lawsuit in Arizona state court styled *Terry Jablonski v. In-N-Out Burgers, Inc. et al.*, Superior Court of Arizona, Pima County Case No. C20231875.

3. Venue in the Court is proper under 28 U.S.C. § 1441(a) because the Superior Court of Arizona, Pima County, is located within the Tucson Division of the District of Arizona. Thus, this Court "embrac[es] the place where such action is pending." 28 U.S.C. § 1441(a).

4. A true and correct copy of Plaintiff's Complaint and all available pleadings filed in this matter are included with this Notice. Exhibit A is an index of the lower court filings, and Exhibits B-E are the available lower court filings.

5. Plaintiff's Complaint asserts claims for premises liability (Complaint, ¶¶19-23) and negligent hiring/training/supervision (Complaint, ¶¶ 24-30) and seeks damages for personal injuries arising from an alleged slip and fall at an In-N-Out restaurant in Tucson, Arizona.

6. Plaintiff is an individual residing in Pima County, Arizona (Complaint, ¶ 5). Plaintiff is a citizen of Arizona for the purposes of 28 U.S.C. § 1332.

7. Defendant In-N-Out Burgers, Inc. is a corporation incorporated in California with its principal place of business in Irvine, California. Defendant is a citizen of California for the purposes of 28 U.S.C. § 1332.

8. Defendant's incorporation and operation were as described above at the time of the incident alleged in the Complaint, at the time of commencement of this action in state court, and as of the date of this Notice of Removal.

9. Removal is proper when the Defendant provides evidence that it is more likely than not that the amount in controversy exceeds $75,000. *See*, e.g., *Sanchez v. Monumental Life Ins. Co.*, 102 F.3d 398, 404 (9th Cir. 1996). However, the inquiry into the amount in controversy is not confined to the face of the complaint. *Valdez v. Allstate Ins. Co.*, 372 F.3d 1115, 1117 (9th

1  Cir. 2004).

2      10.    Plaintiff's Complaint certifies his case for Tier III of Arizona's tiered discovery system. (¶ 4) Tier III is for "actions claiming $300,000 or more in damages." Rule 26.2(c)(3)(C), Ariz. R. Civ. P.

      11.    Defendant denies responsibility for Plaintiff's alleged damages and denies the extent of the alleged damages. But, taking Plaintiff's allegations as true for the purposes of evaluating removal—as this Court must do—Defendant has met its burden of establishing it is more likely than not that the amount in controversy exceeds $75,000. Plaintiff's Complaint indicates that the amount in controversy exceeds $300,000.

      12.    If Plaintiff had initially filed this lawsuit in Federal Court, this Court would have had diversity jurisdiction pursuant to 28 U.S.C. § 1332(a).

      13.    Removal is proper under 28 U.S.C. § 1441(a), (b), and § 1446.

      14.    Pursuant to 28 U.S.C. § 1446(d), Defendant has filed a copy of its Notice of Removal with the clerk in the state court action.

      15.    Pursuant to Local Rule 3.7, copies of all pleadings, process, and orders served upon Defendant in the state court prior to this Notice of Removal are being filed herewith in this Court under Exhibits A through E.

For these reasons, Defendant respectfully requests that this case be removed from the state court to this Court.

DATED this 27th day of July, 2023.

**SANDERS & PARKS, P.C.**

By /s/ *Dillon J. Steadman*
    Garrick L. Gallagher
    Dillon J. Steadman
    3030 North Third Street, Suite 1300
    Phoenix, AZ 85012-3099
    *Attorneys for Defendant In-N-Out Burgers, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants:

Douglas R. Zanes, Esq.
Kimberly J. Syer, Esq.
**ZANES LAW INJURY LAWYERS**
4580 E. Grant Rd.
Tucson, AZ 85716
*Attorneys for Plaintiff*


By: /s/*Cheryl Wilson*